# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CLAUDIA JOHNSON,

    Plaintiff,

vs.

MICHAEL THOMPSON, an individual, BOB THOMAS, an individual, JACQUIE HUNT, an individual, RENO SPARKS CONVENTION AND VISITORS' AUTHORITY, a political subdivision of the State of Nevada,

    Defendants.

Case No. 3:08-cv-00507

**STIPULATION AND ORDER EXTENDING TIME TO REPLY IN SUPPORT OF MOTION TO DISMISS**
**[First Request]**

The parties hereto, by and through their respective counsel, hereby stipulate that Defendants, MICHAEL THOMPSON, BOB THOMAS, JACQUIE HUNT and RENO SPARKS CONVENTION AND VISITORS AUTHORITY, shall have an extension of time up to and including November 12, 2008, to file and serve their reply in support of their Motion to Dismiss.

///
///
///
///
///
///
///
///

1

1212607

This stipulation is entered into in good faith and not for the purposes of delay. There has been no previous request for extension of time for Defendants to file and serve their reply in support of their Motion to Dismiss. This extension is requested by Defendants so that they may have sufficient time to research the issues in this matter.

DATED this day 5 of November, 2008.

JONES VARGAS

By: /s/ Molly Rezac
MOLLY REZAC, ESQ.
Nevada Bar No. 7435
100 West Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Telephone: (775) 786-5000
Facsimile: (775) 786-1177

JEFFREY A. DICKERSON
9655 Gateway Drive, Ste. B
Reno, NV 89521

BRIAN MORRIS
18603 Wedge Parkway L-50
Reno, NV 89511

Attorneys for Plaintiff

IT IS SO ORDERED.

DATED this 6th day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1212607

2