# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

CLAUDIA JOHNSON,

             Plaintiff,

vs.

MICHAEL THOMPSON, and individual, BOB THOMAS, an individual, JACQUIE HUNT, an individual, RENO SPARKS CONVENTION AND VISITORS' AUTHORITY, a political subdivision of the State of Nevada,

             Defendants.

Case No. 3:08-cv-00507-LRH-RAM

**STIPULATION FOR EXTENSION OF TIME TO SUBMIT DISMISSAL WITH PREJUDICE** ; ORDER

COMES NOW, Defendants, MICHAEL THOMPSON, BOB THOMAS, JACQUIE HUNT and RENO SPARKS CONVENTION AND VISITORS AUTHORITY, and Plaintiff, CLAUDIA JOHNSON, by and through their undersigned counsel hereby stipulate for an extension of time to submit the stipulation to dismiss this action. On January 12, 2009, this Court entered its Order directing the parties to submit the stipulation to dismiss this action no later than February 2, 2009. The Parties have been working on obtaining the signatures on the settlement documents from both Plaintiff and all Defendants, and need additional time to do so. Therefore, the Parties respectfully request an extension of time to dismiss this action up to and including February 9, 2009. This is the

///

///

1265219

1

first request for extension, and this extension is requested in good faith and with no intent to delay these matters.

DATED this day 4th of Feb , 2009.

JONES VARGAS

By: _____/s/ Molly Rezac_____     By: _____
MOLLY REZAC, ESQ.                                JEFFREY A. DICKERSON
Nevada Bar No. 7435                              9655 Gateway Drive, Ste. B
100 West Liberty Street, 12th Floor              Reno, NV 89521
P.O. Box 281
Reno, Nevada 89504-0281                          BRIAN MORRIS
Telephone: (775) 786-5000                        18603 Wedge Parkway L-50
Facsimile: (775) 786-1177                        Reno, NV 89511
                                                 Attorneys for Plaintiff

IT IS SO ORDERED.

DATED this 9th day of February, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1265219

2